# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

KRISTOPHER LITTLE,  )
    Plaintiff,  )
  )
  v.  )
  )
Kilolo Kijakazi,  )
*Acting Commissioner of Social Security Administration*,  )
    Defendant.  )

**JUDGMENT**

Case No. 5:22-CV-392-KS

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court AFFIRMS the Commissioner's decision.

This judgment filed and entered on 10/25/2023, *with electronic service* upon the following:

**Derrick Arrowood**
*Plaintiff's Counsel*

**Joanne Kernicky**
**Samantha Zeiler**
*Defendant's Counsel*

**PETER A. MOORE, JR.**
CLERK, U.S. DISTRICT COURT

Date: October 25, 2023

/s/ *Shelia D. Foell*
Deputy Clerk, US District Court